[No. 16194-3-III.     Division Three.     March 5, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL W. BOIKO, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 96-1-01394-9, Robert N. Hackett, J., entered October 17, 1996. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 16243-5-III.     Division Three.     March 5, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MICKEY WILLIAM BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-1-01068-6, Thomas E. Merryman, J., entered September 27, 1996. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 16248-6-III.     Division Three.     March 5, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH E. KAYSER, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 96-1-00272-3, Kenneth L. Jorgensen, J., entered November 12, 1996. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Kato, JJ.

[No. 16469-1-III.     Division Three.     March 5, 1998.]

THE STATE OF WASHINGTON, *Appellant*, v. CHRISTOPHER M. CHRISTENSEN, *Respondent*.

Appeal from a judgment of the Superior Court for Stevens County, No. 96-1-00099-4, Rebecca M. Baker, J., entered March 3, 1997. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Kato, JJ.